| | |
|---|---|
| **DANIELLE HELENA DOWNING,**<br><br>   **Plaintiff,**<br><br>      **v.**<br><br>**TOWN OF MOORESVILLE, MOORESVILLE POLICE DEPARTMENT, and JOSH BARLOW, Individually and Officially,**<br><br>   **Defendants.** | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Danielle Helena Downing, and Defendants Town of Mooresville, Mooresville Police Department, and Josh Barlow, individually and officially, by and through undersigned counsel, stipulate to and give notice that all of Plaintiff's claims against Defendants in this lawsuit are hereby dismissed with prejudice, including all claims that were or might have been asserted by Plaintiff in this action.  Each party will bear their own costs and attorneys' fees.

Date: May 12, 2021                                    Respectfully submitted,

**/s/ Cheyenne N. Chambers**                  **/s/ Scott D. MacLatchie**
Cheyenne N. Chambers (N.C. Bar #48699)      Scott D. MacLatchie (N.C. Bar #22824)
TIN, FULTON, WALKER & OWEN, PLLC            HALL BOOTH SMITH, P.C.
301 East Park Avenue                        11215 N. Community House Rd., Suite 750
Charlotte, NC 28203                         Charlotte, NC 28227
Tel.: 704-338-1220                          Tel.: 980-949-7820
Fax: 704-338-1312                           E-mail: smaclatchie@hallboothsmith.com
E-mail: cchambers@tinfulton.com

*Counsel for Plaintiff Danielle Helena Downing*      *Counsel for Defendants Town of Mooresville, Mooresville Police Department, and Josh Barlow*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Stipulation of Voluntary Dismissal with Prejudice with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: May 12, 2021

**/s/ Cheyenne N. Chambers**

2